**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**

UNITED STATES OF AMERICA                                         PLAINTIFF

v.                Case No. 4:20-cr-00327-02 KGB

SHATANNA JAMES                                                        DEFENDANT

**AMENDMENT TO JUDGMENT AND COMMITMENT ORDER**

The Judgment and Commitment Order entered in this matter on May 16, 2025, is hereby amended to correct the following condition of supervised release (Dkt. No. 329). This condition was imposed at defendant Shatanna James's sentencing hearing in open Court, but language announced in open Court with regard to this condition was inadvertently omitted from the written Judgment:

1. The defendant must not go to, or remain at, any place where she knows children under the age of 18 are likely to be, including parks, schools, playgrounds, and childcare facilities without prior permission of the probation officer.

All other conditions set forth in the original Judgment and Commitment Order remain in full force and effect.

It is so ordered this 22nd day of May, 2025.

                                                           *Kristine G. Baker*
                                                           Kristine G. Baker
                                                           Chief United States District Judge